# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Mitsa Katsiotis

**Debtor(s)**

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

**Plaintiff(s)/Movant(s)**
vs.

Mitsa Katsiotis

Charles J DeHart, III (Trustee)

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5-15-bk-05505-JJT

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Relief

Document #: 30

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are attempting to to resolve the matter and are requesting 30 days to do so.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 19, 2018

Steven P. Kelly

Attorney for Movant

Name: Stern & Eisenberg, P.C.

Phone Number: 215-572-8111 Ext. 1125

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.