IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                           Case No. 15-05505-RNO
                                                    Chapter 13

MITSA KATSIOTIS

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     _/s/ Daniel P. Jones, Esquire_
        Daniel P. Jones, Esquire
        Bar No: 321876
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 13th day of February 2020, to the following:

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net
*Attorney for Debtor*

Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*Asst. U.S. Trustee*


and by standard first-class mail postage prepaid to:

Mitsa Katsiotis
30 Blackman Rd.
Ridgefield, CT 06877
*Debtor*


            By:  */s/Daniel P. Jones, Esquire*