# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MITSA KATSIOTIS                          Case No.: 5-15-05505-RNO

                                                                               Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                    **MORTGAGE INFORMATION**

Creditor Name:                   SELENE FINANCE, LP
Court Claim Number:            05
Last Four of Loan Number:      7087/PRE ARREARS/439 OLD UNION RD
Property Address if applicable:   439 OLD UNION ROAD, EQUINUNK, PA 18417

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---:|
| a. | Allowed prepetition arrearages: | $18,809.53 |
| b. | Prepetition arrearages paid by the Trustee: | $18,809.53 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $18,809.53 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021            Respectfully submitted,

           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           eMail: dehartstaff@pamd13trustee.com

Creditor Name:  SELENE FINANCE, LP
Court Claim Number:  05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1153502 | 08/04/2016 | $72.35 | $0.00 | $72.35 |
| 5200 | 1155050 | 09/01/2016 | $444.57 | $0.00 | $444.57 |
| 5200 | 1156691 | 10/05/2016 | $900.46 | $0.00 | $900.46 |
| 5200 | 1159902 | 12/06/2016 | $442.68 | $0.00 | $442.68 |
| 5200 | 1161476 | 01/12/2017 | $885.37 | $0.00 | $885.37 |
| 5200 | 1164527 | 03/09/2017 | $442.68 | $0.00 | $442.68 |
| 5200 | 1166172 | 04/12/2017 | $442.69 | $0.00 | $442.69 |
| 5200 | 1167701 | 05/11/2017 | $442.68 | $0.00 | $442.68 |
| 5200 | 1169302 | 06/13/2017 | $885.37 | $0.00 | $885.37 |
| 5200 | 1170675 | 07/06/2017 | $442.69 | $0.00 | $442.69 |
| 5200 | 1172193 | 08/10/2017 | $442.68 | $0.00 | $442.68 |
| 5200 | 1173722 | 09/19/2017 | $442.68 | $0.00 | $442.68 |
| 5200 | 1174961 | 10/11/2017 | $442.69 | $0.00 | $442.69 |
| 5200 | 1176303 | 11/08/2017 | $440.80 | $0.00 | $440.80 |
| 5200 | 1177689 | 12/05/2017 | $440.80 | $0.00 | $440.80 |
| 5200 | 1179125 | 01/11/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1180487 | 02/08/2018 | $440.79 | $0.00 | $440.79 |
| 5200 | 1181849 | 03/08/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1183230 | 04/03/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1186366 | 05/15/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1187610 | 06/07/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1189047 | 07/12/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1190402 | 08/09/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1191700 | 09/06/2018 | $440.80 | $0.00 | $440.80 |
| 5200 | 1193064 | 10/10/2018 | $440.79 | $0.00 | $440.79 |
| 5200 | 1194411 | 11/08/2018 | $438.92 | $0.00 | $438.92 |
| 5200 | 1195823 | 12/13/2018 | $438.91 | $0.00 | $438.91 |
| 5200 | 1197188 | 01/10/2019 | $438.91 | $0.00 | $438.91 |
| 5200 | 1198271 | 02/07/2019 | $438.91 | $0.00 | $438.91 |
| 5200 | 1199558 | 03/12/2019 | $438.92 | $0.00 | $438.92 |
| 5200 | 1200947 | 04/11/2019 | $438.91 | $0.00 | $438.91 |
| 5200 | 1202267 | 05/09/2019 | $438.91 | $0.00 | $438.91 |
| 5200 | 1203583 | 06/06/2019 | $438.92 | $0.00 | $438.92 |
| 5200 | 1204987 | 07/11/2019 | $438.91 | $0.00 | $438.91 |
| 5200 | 1206331 | 08/07/2019 | $438.91 | $0.00 | $438.91 |
| 5200 | 1207841 | 09/26/2019 | $438.92 | $0.00 | $438.92 |
| 5200 | 1208882 | 10/10/2019 | $459.65 | $0.00 | $459.65 |
| 5200 | 1210077 | 11/07/2019 | $439.86 | $0.00 | $439.86 |
| 5200 | 1211452 | 12/12/2019 | $439.85 | $0.00 | $439.85 |
| 5200 | 1212812 | 01/16/2020 | $439.86 | $0.00 | $439.86 |
| 5200 | 1214162 | 02/13/2020 | $183.09 | $0.00 | $183.09 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MITSA KATSIOTIS  Case No.: 5-15-05505-RNO
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON PA, 18504- | SERVED ELECTRONICALLY |
| SELENE FINANCE<br>9990 RICHMOND AVENUE<br>HOUSTON, TX, 77042 | SERVED BY 1ST CLASS MAIL |
| MITSA KATSIOTIS<br>30 BLACKMAN RD.<br>RIDGEFIELD, CT 06877 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com