# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MITSA KATSIOTIS                          Case No.: 5-15-05505-RNO
                                                                      Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

Creditor Name:                     WELLS FARGO
Court Claim Number:           06
Last Four of Loan Number:     9722/PRE ARREARS/439 OLD UNION RD
Property Address if applicable:  439 OLD UNION ROAD, EQUINUNK, PA  18417

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,935.00 |
| b. | Prepetition arrearages paid by the Trustee: | $2,935.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,935.00 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021

Respectfully submitted,

<u>s/ Charles J. DeHart, III, Trustee</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name:  WELLS FARGO
Court Claim Number:  06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5210 | 9003355 | 09/01/2016 | $80.66 | $0.00 | $80.66 |
| 5210 | 9003435 | 10/05/2016 | $140.50 | $0.00 | $140.50 |
| 5210 | 9003600 | 12/06/2016 | $69.08 | $0.00 | $69.08 |
| 5210 | 9003682 | 01/12/2017 | $138.15 | $0.00 | $138.15 |
| 5210 | 9003682 | 02/03/2017 | $-138.15 | $0.00 | $-138.15 |
| 5210 | 9003761 | 02/08/2017 | $138.15 | $0.00 | $138.15 |
| 5210 | 9003836 | 03/09/2017 | $69.08 | $0.00 | $69.08 |
| 5210 | 9003912 | 04/12/2017 | $69.07 | $0.00 | $69.07 |
| 5210 | 9003912 | 05/05/2017 | $-69.07 | $0.00 | $-69.07 |
| 5210 | 9003990 | 05/11/2017 | $138.15 | $0.00 | $138.15 |
| 5210 | 9004073 | 06/13/2017 | $138.15 | $0.00 | $138.15 |
| 5210 | 9004146 | 07/06/2017 | $69.07 | $0.00 | $69.07 |
| 5210 | 9004226 | 08/10/2017 | $69.08 | $0.00 | $69.08 |
| 5210 | 9004305 | 09/19/2017 | $69.08 | $0.00 | $69.08 |
| 5210 | 9004384 | 10/11/2017 | $69.07 | $0.00 | $69.07 |
| 5210 | 9004464 | 11/08/2017 | $68.78 | $0.00 | $68.78 |
| 5210 | 9004544 | 12/05/2017 | $68.78 | $0.00 | $68.78 |
| 5210 | 9004624 | 01/11/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9004703 | 02/08/2018 | $68.79 | $0.00 | $68.79 |
| 5210 | 9004781 | 03/08/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9004860 | 04/03/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9005024 | 05/15/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9005103 | 06/07/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9005185 | 07/12/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9005270 | 08/09/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9005353 | 09/06/2018 | $68.78 | $0.00 | $68.78 |
| 5210 | 9005436 | 10/10/2018 | $68.79 | $0.00 | $68.79 |
| 5210 | 9005520 | 11/08/2018 | $68.48 | $0.00 | $68.48 |
| 5210 | 9005607 | 12/13/2018 | $68.49 | $0.00 | $68.49 |
| 5210 | 9005693 | 01/10/2019 | $68.49 | $0.00 | $68.49 |
| 5210 | 9005773 | 02/07/2019 | $68.49 | $0.00 | $68.49 |
| 5210 | 9005859 | 03/12/2019 | $68.48 | $0.00 | $68.48 |
| 5210 | 9005946 | 04/11/2019 | $68.49 | $0.00 | $68.49 |
| 5210 | 9006030 | 05/09/2019 | $68.49 | $0.00 | $68.49 |
| 5210 | 9006113 | 06/06/2019 | $68.48 | $0.00 | $68.48 |
| 5210 | 9006202 | 07/11/2019 | $68.49 | $0.00 | $68.49 |
| 5210 | 9006291 | 08/07/2019 | $68.49 | $0.00 | $68.49 |
| 5210 | 9006387 | 09/26/2019 | $68.48 | $0.00 | $68.48 |
| 5210 | 9006469 | 10/10/2019 | $71.73 | $0.00 | $71.73 |
| 5210 | 9006554 | 11/07/2019 | $68.63 | $0.00 | $68.63 |
| 5210 | 9006645 | 12/12/2019 | $68.64 | $0.00 | $68.64 |
| 5210 | 9006737 | 01/16/2020 | $68.63 | $0.00 | $68.63 |
| 5210 | 9006831 | 02/13/2020 | $28.57 | $0.00 | $28.57 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MITSA KATSIOTIS                               Case No.: 5-15-05505-RNO
                                                          Chapter 13

              Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON PA, 18504- | SERVED ELECTRONICALLY |
| WELLS FARGO BANK, N.A.<br>HOME EQUITY GROUP<br>1 HOME CAMPUS X2303-01A<br>DES MOINES, IA, 50328-0001 | SERVED BY 1ST CLASS MAIL |
| MITSA KATSIOTIS<br>30 BLACKMAN RD.<br>RIDGEFIELD, CT 06877 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021                                           s/ Donna Schott
                                                                       Charles J. DeHart, III, Trustee
                                                                         Standing Chapter 13 Trustee
                                                                         Suite A, 8125 Adams Drive
                                                                         Hummelstown, PA 17036
                                                                         Phone: (717) 566-6097
                                                                         Fax: (717) 566-8313
                                                                         eMail: dehartstaff@pamd13trustee.com