Debtor 1   Mitsa Katsiotis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)

Case number 5:15-bk-05505-HWV

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 1231

Property address:    439 OLD UNION RD ,
                     Number      Street

                     EQUINUNK, PA 18417
                     City                   State       ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

## Part 3: Postpetition Mortgage

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
                                                                MM/DD/YYYY

[X] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $3,069.39

b. Total suspense:  - (b) $388.68

c. Total. subtract lines a and b.  (c) $2,680.71

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _2__/_1__/ 2021____
                                                                           MM/ DD/ YYYY

Form 4100R            Response to Notice of Final Cure Payment            page 1

| Debtor 1 | Mitsa Katsiotis | | | Case number *(if known)* | 5:15-bk-05505-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in
Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges
expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the
following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab                    Date 04/08/2021
   Signature

Print   Charles G. Wohlrab, Esq.              Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number         Street

          Fairfield, NJ 7004
          City           State           ZIP Code

Contact   470-321-7112                    Email cwohlrab@raslg.com

# CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on April 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Mitsa Katsiotis
30 Blackman Rd.
Ridgefield, CT 06877

And via electronic mail to:

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

            By: /s/ Jessica Norton
            Email: jnorton@raslg.com

Form 4100R     Response to Notice of Final Cure Payment     page 3

Case 5:15-bk-05505-HWV   Doc 57   Filed 04/09/21   Entered 04/09/21 08:45:56   Desc
Main Document    Page 3 of 6

# PAYMENT HISTORY

| | PAYMENT HISTORY PER MSP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **LOAN NUMBER** | | | **POST-PETITION** | | | | | |
| | **FILING DATE** | | | **PAYMENT CHANGES** | | | | | |
| | **PAYMENTS IN POC** | | EFFECTIVE | 1/1/2016 | 2/1/2017 | | | | |
| | **FIRST POST-PETITION DUE DATE** | | AMOUNT | $ 1,007.03 | $ 1,023.13 | | | | |
| | **INCOMING FUNDS** | | | **MANUAL HISTORY** | | | | **COMMENTS** | |
| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS | |
| STARTING BALANCES | | | | $ - | $ - | $ - | | | |
| 1/7/2016 | | $ 996.65 | | $ - | $ 996.65 | $ 996.65 | | | |
| 2/4/2016 | | | | $ - | $ - | $ 996.65 | | | |
| 2/5/2016 | | $ 1,007.03 | $1,007.03 | $ - | $ - | $ 996.65 | 1/1/2016 | | |
| 2/8/2016 | | | | $ - | $ - | $ 996.65 | | | |
| 3/28/2016 | | $ 1,007.03 | $1,007.03 | $ - | $ - | $ 996.65 | 2/1/2016 | | |
| 3/28/2016 | | | | $ - | $ - | $ 996.65 | | | |
| 3/29/2016 | | | | $ - | $ - | $ 996.65 | | | |
| 4/29/2016 | | | | $ - | $ - | $ 996.65 | | | |
| 4/29/2016 | | $ 1,008.00 | $1,007.03 | $ - | $ 0.97 | $ 997.62 | 3/1/2016 | | |
| 7/14/2016 | | $ 971.12 | $1,007.03 | $ - | $ (35.91) | $ 961.71 | 4/1/2016 | | |
| 7/28/2016 | | | | $ - | $ - | $ 961.71 | | | |
| 7/28/2016 | | | | $ - | $ - | $ 961.71 | | | |
| 8/23/2016 | $ 72.35 | | | $ - | $ - | $ 961.71 | | | |
| 8/30/2016 | | $ 972.00 | $1,007.03 | $ - | $ (35.03) | $ 926.68 | 5/1/2016 | | |
| 9/1/2016 | | | | $ - | $ - | $ 926.68 | | | |
| 9/9/2016 | $ 444.57 | | | $ - | $ - | $ 926.68 | | | |
| 10/3/2016 | | | | $ - | $ - | $ 926.68 | | | |
| 10/20/2016 | | $ 972.00 | $1,007.03 | $ - | $ (35.03) | $ 891.65 | 6/1/2016 | | |
| 10/28/2016 | $ 900.46 | | | $ - | $ - | $ 891.65 | | | |
| 11/30/2016 | | | | $ - | $ - | $ 891.65 | | | |
| 12/19/2016 | | $ 972.00 | $1,007.03 | $ - | $ (35.03) | $ 856.62 | 7/1/2016 | | |
| 12/22/2016 | $ 442.68 | | | $ - | $ - | $ 856.62 | | | |
| 12/29/2016 | | | | $ - | $ - | $ 856.62 | | | |
| 1/23/2017 | | | | $ - | $ - | $ 856.62 | | | |
| 1/24/2017 | $ 885.37 | | | $ - | $ - | $ 856.62 | | | |
| 2/8/2017 | | | | $ - | $ - | $ 856.62 | | | |
| 2/8/2017 | | $ 1,026.00 | $1,007.03 | $ - | $ 18.97 | $ 875.59 | 8/1/2016 | | |
| 2/17/2017 | | $ 972.00 | $1,007.03 | $ - | $ (35.03) | $ 840.56 | 9/1/2016 | | |
| 3/20/2017 | | $ 1,027.00 | $1,007.03 | $ - | $ 19.97 | $ 860.53 | 10/1/2016 | | |
| 3/23/2017 | $ 442.68 | | | $ - | $ - | $ 860.53 | | | |
| 3/24/2017 | | | | $ - | $ - | $ 860.53 | | | |
| 4/17/2017 | | | | $ - | $ - | $ 860.53 | | | |
| 4/27/2017 | $ 442.69 | | | $ - | $ - | $ 860.53 | | | |
| 4/28/2017 | | $ 1,027.00 | $1,007.03 | $ - | $ 19.97 | $ 880.50 | 11/1/2016 | | |
| 4/28/2017 | | | | $ - | $ - | $ 880.50 | | | |
| 4/29/2017 | | | | $ - | $ - | $ 880.50 | | | |
| 5/18/2017 | $ 442.68 | | | $ - | $ - | $ 880.50 | | | |
| 5/31/2017 | | $ 1,026.00 | $1,007.03 | $ - | $ 18.97 | $ 899.47 | 12/1/2016 | | |
| 6/2/2017 | | | | $ - | $ - | $ 899.47 | | | |
| 6/22/2017 | $ 885.37 | | | $ - | $ - | $ 899.47 | | | |
| 6/29/2017 | | $ 1,027.00 | $1,007.03 | $ - | $ 19.97 | $ 919.44 | 1/1/2017 | | |
| 7/21/2017 | $ 442.69 | | | $ - | $ - | $ 919.44 | | | |
| 7/26/2017 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 923.31 | 2/1/2017 | | |
| 7/28/2017 | | | | $ - | $ - | $ 923.31 | | | |
| 7/28/2017 | | | | $ - | $ - | $ 923.31 | | | |
| 8/21/2017 | $ 442.68 | | | $ - | $ - | $ 923.31 | | | |
| 8/29/2017 | | | | $ - | $ - | $ 923.31 | | | |
| 8/31/2017 | | | | $ - | $ - | $ 923.31 | | | |
| 9/5/2017 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 927.18 | 3/1/2017 | | |
| 9/28/2017 | $ 442.68 | | | $ - | $ - | $ 927.18 | | | |
| 10/3/2017 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 931.05 | 4/1/2017 | | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Date2 |
|---|---|---|---|---|---|---|---|
| 10/23/2017 | $ 442.69 | | | $ - | $ - | $ 931.05 | |
| 10/30/2017 | | | | $ - | $ - | $ 931.05 | |
| 10/30/2017 | | | | $ - | $ - | $ 931.05 | |
| 10/30/2017 | | | | $ - | $ - | $ 931.05 | |
| 10/31/2017 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 934.92 | 5/1/2017 |
| 11/28/2017 | $ 440.80 | | | $ - | $ - | $ 934.92 | |
| 11/30/2017 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 938.79 | 6/1/2017 |
| 11/30/2017 | | | | $ - | $ - | $ 938.79 | |
| 12/21/2017 | | | | $ - | $ - | $ 938.79 | |
| 12/28/2017 | $ 440.80 | | | $ - | $ - | $ 938.79 | |
| 1/5/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 942.66 | 7/1/2017 |
| 1/31/2018 | $ 440.80 | | | $ - | $ - | $ 942.66 | |
| 2/8/2018 | | | | $ - | $ - | $ 942.66 | |
| 2/9/2018 | | | | $ - | $ - | $ 942.66 | |
| 2/9/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 946.53 | 8/1/2017 |
| 2/28/2018 | | | | $ - | $ - | $ 946.53 | |
| 2/28/2018 | | | | $ - | $ - | $ 946.53 | |
| 3/1/2018 | $ 440.79 | | | $ - | $ - | $ 946.53 | |
| 3/16/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 950.40 | 9/1/2017 |
| 3/21/2018 | | | | $ - | $ - | $ 950.40 | |
| 3/26/2018 | $ 440.80 | | | $ - | $ - | $ 950.40 | |
| 3/29/2018 | | | | $ - | $ - | $ 950.40 | |
| 4/13/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 954.27 | 10/1/2017 |
| 4/19/2018 | | $ 3,686.25 | $1,023.13 | $ - | $ 2,663.12 | $ 3,617.39 | 11/1/2017 |
| 4/23/2018 | | | $1,023.13 | $ - | $ (1,023.13) | $ 2,594.26 | 12/1/2017 |
| 4/23/2018 | | | $1,023.13 | $ - | $ (1,023.13) | $ 1,571.13 | 1/1/2018 |
| 4/23/2018 | | | $1,023.13 | $ - | $ (1,023.13) | $ 548.00 | 2/1/2018 |
| 4/23/2018 | | | | $ - | $ - | $ 548.00 | |
| 4/23/2018 | $ 440.80 | | | $ - | $ - | $ 548.00 | |
| 4/26/2018 | | | | $ - | $ - | $ 548.00 | |
| 5/11/2018 | | $ 1,345.00 | $1,023.13 | $ - | $ 321.87 | $ 869.87 | 3/1/2018 |
| 5/25/2018 | | | | $ - | $ - | $ 869.87 | |
| 5/31/2018 | | $ 0.02 | | $ - | $ 0.02 | $ 869.89 | |
| 5/31/2018 | | | | $ - | $ - | $ 869.89 | |
| 6/7/2018 | $ 440.80 | | | $ - | $ - | $ 869.89 | |
| 6/8/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 873.76 | 4/1/2018 |
| 6/28/2018 | $ 440.80 | | | $ - | $ - | $ 873.76 | |
| 7/12/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 877.63 | 5/1/2018 |
| 7/13/2018 | | | | $ - | $ - | $ 877.63 | |
| 7/26/2018 | $ 440.80 | | | $ - | $ - | $ 877.63 | |
| 8/10/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 881.50 | 6/1/2018 |
| 8/14/2018 | | | | $ - | $ - | $ 881.50 | |
| 8/23/2018 | $ 440.80 | | | $ - | $ - | $ 881.50 | |
| 8/30/2018 | | | | $ - | $ - | $ 881.50 | |
| 9/5/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 885.37 | 7/1/2018 |
| 9/21/2018 | $ 440.80 | | | $ - | $ - | $ 885.37 | |
| 10/12/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 889.24 | 8/1/2018 |
| 10/15/2018 | | | | $ - | $ - | $ 889.24 | |
| 10/31/2018 | $ 440.79 | | | $ - | $ - | $ 889.24 | |
| 11/13/2018 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 893.11 | 9/1/2018 |
| 12/3/2018 | $ 438.92 | | | $ - | $ - | $ 893.11 | |
| 1/2/2019 | $ 438.91 | | | $ - | $ - | $ 893.11 | |
| 1/4/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 896.98 | 10/1/2018 |
| 1/7/2019 | | | | $ - | $ - | $ 896.98 | |
| 1/24/2019 | | | | $ - | $ - | $ 896.98 | |
| 1/28/2019 | $ 438.91 | | | $ - | $ - | $ 896.98 | |
| 2/1/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 900.85 | 11/1/2018 |
| 2/4/2019 | | | | $ - | $ - | $ 900.85 | |
| 2/21/2019 | $ 438.91 | | | $ - | $ - | $ 900.85 | |
| 3/5/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 904.72 | 12/1/2018 |
| 3/18/2019 | | | | $ - | $ - | $ 904.72 | |
| 3/25/2019 | $ 438.92 | | | $ - | $ - | $ 904.72 | |
| 4/16/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 908.59 | 1/1/2019 |
| 4/17/2019 | | | | $ - | $ - | $ 908.59 | |
| 5/3/2019 | | | | $ - | $ - | $ 908.59 | |
| 5/21/2019 | $ 438.91 | | | $ - | $ - | $ 908.59 | |
| 5/28/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 912.46 | 2/1/2019 |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Date2 |
|---|---|---|---|---|---|---|---|
| 5/30/2019 | | | | $ - | $ - | $ 912.46 | |
| 6/11/2019 | | | | $ - | $ - | $ 912.46 | |
| 6/11/2019 | $ 438.91 | | | $ - | $ - | $ 912.46 | |
| 6/24/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 916.33 | 3/1/2019 |
| 6/25/2019 | | | | $ - | $ - | $ 916.33 | |
| 6/27/2019 | $ 438.92 | | | $ - | $ - | $ 916.33 | |
| 7/22/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 920.20 | 4/1/2019 |
| 7/23/2019 | | | | $ - | $ - | $ 920.20 | |
| 8/6/2019 | $ 438.91 | | | $ - | $ - | $ 920.20 | |
| 8/22/2019 | $ 438.91 | | | $ - | $ - | $ 920.20 | |
| 8/26/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 924.07 | 5/1/2019 |
| 8/28/2019 | | | | $ - | $ - | $ 924.07 | |
| 9/9/2019 | | | | $ - | $ - | $ 924.07 | |
| 9/19/2019 | | $ 1,500.00 | $1,023.13 | $ - | $ 476.87 | $ 1,400.94 | 6/1/2019 |
| 9/24/2019 | | | $1,023.13 | $ - | $ (1,023.13) | $ 377.81 | 7/1/2019 |
| 9/24/2019 | | | | $ - | $ - | $ 377.81 | |
| 10/24/2019 | $ 438.92 | | | $ - | $ - | $ 377.81 | |
| 10/29/2019 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 381.68 | 8/1/2019 |
| 10/30/2019 | | | | $ - | $ - | $ 381.68 | |
| 11/12/2019 | $ 459.65 | | | $ - | $ - | $ 381.68 | |
| 12/10/2019 | $ 439.86 | | | $ - | $ - | $ 381.68 | |
| 1/3/2020 | | $ 1,027.00 | $1,023.13 | $ - | $ 3.87 | $ 385.55 | 9/1/2019 |
| 1/7/2020 | | | | $ - | $ - | $ 385.55 | |
| 1/8/2020 | $ 439.85 | | | $ - | $ - | $ 385.55 | |
| 1/25/2020 | | | | $ - | $ - | $ 385.55 | |
| 1/30/2020 | $ 439.86 | | | $ - | $ - | $ 385.55 | |
| 2/10/2020 | | | | $ - | $ - | $ 385.55 | |
| 2/19/2020 | | $ 2,027.00 | $1,023.13 | $ - | $ 1,003.87 | $ 1,389.42 | 10/1/2019 |
| 2/21/2020 | | | $1,023.13 | $ - | $ (1,023.13) | $ 366.29 | 11/1/2019 |
| 2/21/2020 | | | | $ - | $ - | $ 366.29 | |
| 2/26/2020 | $ 183.09 | | | $ - | $ - | $ 366.29 | |
| 2/28/2020 | | $ 2,103.97 | $1,023.13 | $ - | $ 1,080.84 | $ 1,447.13 | 12/1/2019 |
| 2/29/2020 | | | $1,023.13 | $ - | $ (1,023.13) | $ 424.00 | 1/1/2020 |
| 2/29/2020 | | | | $ - | $ - | $ 424.00 | |
| 2/29/2020 | | | | $ - | $ - | $ 424.00 | |
| 3/30/2020 | | $ 1,023.13 | $1,023.13 | $ - | $ - | $ 424.00 | 2/1/2020 |
| 3/31/2020 | | | | $ - | $ - | $ 424.00 | |
| 4/10/2020 | | $ 561.37 | | $ - | $ 561.37 | $ 985.37 | |
| 4/13/2020 | | | | $ - | $ - | $ 985.37 | |
| 5/1/2020 | | | | $ - | $ - | $ 985.37 | |
| 5/5/2020 | | $ 725.84 | $1,023.13 | $ - | $ (297.29) | $ 688.08 | 3/1/2020 |
| 5/6/2020 | | | | $ - | $ - | $ 688.08 | |
| 6/4/2020 | | $ 1,013.39 | $1,023.13 | $ - | $ (9.74) | $ 678.34 | 4/1/2020 |
| 6/5/2020 | | | | $ - | $ - | $ 678.34 | |
| 7/6/2020 | | $ 1,013.39 | $1,023.13 | $ - | $ (9.74) | $ 668.60 | 5/1/2020 |
| 7/7/2020 | | | | $ - | $ - | $ 668.60 | |
| 8/6/2020 | | $ 811.39 | $1,023.13 | $ - | $ (211.74) | $ 456.86 | 6/1/2020 |
| 8/7/2020 | | | | $ - | $ - | $ 456.86 | |
| 9/2/2020 | | | | $ - | $ - | $ 456.86 | |
| 9/9/2020 | | $ 1,013.39 | $1,023.13 | $ - | $ (9.74) | $ 447.12 | 7/1/2020 |
| 9/14/2020 | | | | $ - | $ - | $ 447.12 | |
| 10/27/2020 | | $ 2,026.78 | $1,023.13 | $ - | $ 1,003.65 | $ 1,450.77 | 8/1/2020 |
| 10/29/2020 | | | $1,023.13 | $ - | $ (1,023.13) | $ 427.64 | 9/1/2020 |
| 10/29/2020 | | | | $ - | $ - | $ 427.64 | |
| 1/4/2021 | | $ 2,026.78 | $1,023.13 | $ - | $ 1,003.65 | $ 1,431.29 | 10/1/2020 |
| 1/4/2021 | | | $1,023.13 | $ - | $ (1,023.13) | $ 408.16 | 11/1/2020 |
| 1/27/2021 | | | | $ - | $ - | $ 408.16 | |
| 2/13/2021 | | $ 1,013.39 | $1,023.13 | $ - | $ (9.74) | $ 398.42 | 12/1/2020 |
| 3/19/2021 | | $ 1,013.39 | $1,023.13 | $ - | $ (9.74) | $ 388.68 | 1/1/2021 |
| 3/31/2021 | | | | $ - | $ - | $ 388.68 | |
| 3/31/2021 | | | | $ - | $ - | $ 388.68 | |
| | | | | $ - | $ - | $ 388.68 | |