United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 15-05505-HWV
Mitsa Katsiotis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 12, 2021     Form ID: 3180W     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mitsa Katsiotis, 30 Blackman Rd., Ridgefield, CT 06877-4204 |
| cr | + | Wilmington Savings Fund Society, FSB et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 4763817 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4737701 | + | Credit Information Bureau, 70 Jefferson Blvd., Warwick, RI 02888-1058 |
| 4737702 | + | Dr. Weinstein, 190 W. Broad Street, Suite G401, Stanford, CT 06902-3633 |
| 4737703 | + | Eastern Account System of Connecticut, I, P.O. Box 837, Newtown, CT 06470-0837 |
| 4737704 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4737705 | #+ | Leopold, Gross & Sommers, PC, 16 Court St., Ste. 1903, Brooklyn, NY 11241-1019 |
| 4749184 | + | New York City Department of Education, Leopold, Gross & Sommers, PC, 16 Court Street, Suite 1903, Brooklyn NY 11241-1019 |
| 4737707 | + | OAC, P.O. Box 500, Baraboo, WI 53913-0500 |
| 4737708 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 4737709 | ++++ | STAMFORD PATHOLOGY GROUP, PC, 1 HOSPITAL PLZ, STAMFORD CT 06902-3602 address filed with court:, Stamford Pathology Group, PC, 30 Shelburne Rd., Stamford, CT 06904 |
| 5400838 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 4737711 | + | Zwicker & Associates, PC, 5600 Bigelow Commons, Enfield, CT 06082-3367 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4737698 | + | EDI: AMEREXPR.COM | Apr 12 2021 22:48:00 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 4759284 | | EDI: BECKLEE.COM | Apr 12 2021 22:48:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4737699 | | EDI: BANKAMER.COM | Apr 12 2021 22:48:00 | Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, NC 27410 |
| 4737700 | | EDI: WFNNB.COM | Apr 12 2021 22:48:00 | Comenity Bank/New York & Company, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 4749265 | | EDI: Q3G.COM | Apr 12 2021 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4816091 | + | Email/Text: bkteam@selenefinance.com | Apr 12 2021 18:50:00 | SELENE FINANCE, 9990 RICHMOND AVENUE, HOUSTON, TX 77042-4559 |
| 4816092 | + | Email/Text: bkteam@selenefinance.com | Apr 12 2021 18:50:00 | SELENE FINANCE, 9990 RICHMOND AVENUE, HOUSTON, TX 77042, SELENE FINANCE, 9990 RICHMOND AVENUE, HOUSTON, TX 77042-4559 |

| | | | | |
|---|---|---|---|---|
| 4737710 | + | EDI: WFFC.COM | Apr 12 2021 22:48:00 | Wells Fargo Bank, N.A., Attn: Bankruptcy Dept., MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 4773356 | | EDI: WFFC.COM | Apr 12 2021 22:48:00 | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 5301610 | | Email/Text: bkteam@selenefinance.com | Apr 12 2021 18:50:00 | Wilmington Savings Fund Society, FSB et al., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4737706 | *+ | Mitsa Katsiotis, 30 Blackman Rd., Ridgefield, CT 06877-4204 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB et al. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Selene Finance pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com |
| Joseph Angelo Dessoye | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Paul William Cressman | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Sarah K. McCaffery | |

| | |
|---|---|
| | on behalf of Creditor Wells Fargo Bank  N.A. bankruptcy@powerskirn.com |
| Steven P. Kelly | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Tullio DeLuca | |
| | on behalf of Debtor 1 Mitsa Katsiotis tullio.deluca@verizon.net |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mitsa Katsiotis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5416<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–05505–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mitsa Katsiotis

4/12/21

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**