United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 15-05505-HWV
Mitsa Katsiotis     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: May 18, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

**Recip ID**     **Recipient Name and Address**
db     +   Mitsa Katsiotis, 30 Blackman Rd., Ridgefield, CT 06877-4204

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

**Name**     **Email Address**

Charles G. Wohlrab
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

Daniel Philip Jones
    on behalf of Creditor Wilmington Savings Fund Society FSB et al. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor Selene Finance pamb@fedphe.com

Jill Manuel-Coughlin

on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

Joseph Angelo Dessoye
    on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com

Paul William Cressman
    on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com

Sarah K. McCaffery
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Tullio DeLuca
    on behalf of Debtor 1 Mitsa Katsiotis tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mitsa Katsiotis,<br>**Debtor 1** | Chapter 13<br>Case No.  5:15−bk−05505−HWV |

Social Security No.:
xxx−xx−5416

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  May 18, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (10/20)